IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 1:10cr45-SPM/GRJ

PAUL EDWIN MARTENY,

    Defendant.
_____/

## VERDICT OF ACQUITTAL BY REASON OF INSANITY

THIS CAUSE comes before the Court on the Defendant's Motion for Verdict of Not Guilty by Reason of Insanity, which was raised before the Court at a bench trial on January 3, 2011. Pursuant to 18 U.S.C. § 17, the Court finds by clear and convincing evidence that at the time of the commission of the acts constituting the offense, the Defendant, as a result of a severe mental disease or defect, was unable to appreciate the nature and quality of the wrongfulness of his acts. Accordingly, the Defendant's Motion for Verdict of Not Guilty by Reason of Insanity is hereby GRANTED and the Defendant is acquitted of the charge against him. Moreover, as the Court finds by clear and convincing evidence that the Defendant's release would not create a substantial risk of bodily injury to another person or serious damage to the property of another due to a present mental disease or defect, the Defendant is hereby released pursuant to 18 U.S.C. § 4243(d), and will not be committed to the custody of the Attorney General.

DONE AND ORDERED this <u>third</u> day of January, 2011.

                                     *s/ Stephan P. Mickle*
                                     Stephan P. Mickle
                                     Chief United States District Judge